STATE v. KELLY

 No. 138P98

 Case below: 129 N.C.App. 117

 Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 July 1998.

STATE v. KING

 No. 69A94-2

 Case below: Durham County Superior Court

 Petition by defendant for writ of certiorari allowed 8 July 1998 for the limited purpose of remanding this case to the Superior Court, Durham County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. McHone*, 348 N.C. 254; in all other respects, the petition is denied.

STATE v. McCARVER

 No. 384A92-2

 Case below: Cabarrus County Superior Court

 Petition by defendant for writ of certiorari to review the order of the Superior Court, Cabarrus County denied 8 July 1998.

STATE v. RANSOM

 No. 140P98

 Case below: 128 N.C.App. 753

 Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

STATE v. ROBINSON

 No. 171P98

 Case below: 129 N.C.App. 117

 Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 July 1998.